

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 05-282 |
| v. | * | SECTION: "L" |
| JOSHUA CARBO | * | |
| | * * * | |

### ORDER

Having considered the motion of the United States to unseal the indictment;

**IT IS HEREBY ORDERED** that the Clerk of Court for the Eastern District of Louisiana unseal the indictment in the above-captioned case.

New Orleans, Louisiana, this 8th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

\_\_ Fee_____
\_\_ Process_____
X  Dktd_____
\_\_ CtRmDep\_\_\_\_\_
\_\_ Doc. No.\_\_\_\_\_